MICHAEL W. BERDINELLA, SBN 085038
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com

Attorney For:
PEDRO MIGUEL HERNANDEZ

# IN THE UNITED STATES DISTRIC COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO MIGUEL HERNANDEZ,<br>Defendant | Case Number: 1:16-CR-00119-DAD-BAM<br><br>**ORDER TO TRANSPORT DEFENDANT TO DELANCEY STREET FOR INTAKE INTERVIEW** |

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby **Ordered** that **Pedro Miguel Hernandez,** Fresno County Jail Identification Number 7109588, is to be temporarily released from the custody of the Fresno County Detention Facility on 09/07/2022 at 6:00 a.m. and released to Kathy Grinstead of the Early Intervention Services or her representatives, William Jones or Theresa Rothschild. Defendant **Pedro Miguel Hernandez** is to be transported by Kathy Grinstead or her representatives, William Jones or Theresa Rothschild, to the Delancey Street Program Facility, located at 600 Embarcadero Ave., San Francisco, California, 94107, for purposes of conducting an intake interview, and to return Defendant **Pedro Miguel Hernandez** to the custody of the Fresno County Detention center by 9:00 p.m. on that same date of 09/07/2022. .

Upon completion of said intake interview at the Delancey Street Program, **Pedro Miguel Hernandez** is to be transported by Kathy Grinstead of the Early Intervention Services or her

representatives, William Jones or Theresa Rothschild, back to the Fresno County Detention Facility located at 1225 M Street, Fresno, California, 93721 on 09/07/2022 by 9:00 p.m. **Pedro Miguel Hernandez** is to remain in custody of Kathy Grinstead or her representatives, William Jones or Theresa Rothschild, until such time as he is returned to said Fresno County Detention Facility.

IT IS SO ORDERED.

Dated: __**August 24, 2022**__           _____
                                         UNITED STATES DISTRICT JUDGE