1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00119-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS THE CONFERENCE; AND ORDER |
| v. | |
| PEDRO MIGUEL HERNANDEZ, | DATE: September 14, 2022 |
| Defendant. | TIME: 1:00 p.m. |
|  | JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED that the Status Conference scheduled for September 14, 2022, at 1:00 p.m., may be continued until December 14, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through December 14, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  September 6, 2022

*/s/ Michael Berdinella*
MICHAEL BERDINELLA
Counsel for Pedro Hernandez

Dated:  September 6, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00119-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| PEDRO MIGUEL HERNANDEZ, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 14, 2022, at 1:00 p.m., is continued until **December 14, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through December 14, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **September 6, 2022**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

3