PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. PEDRO MIGUEL HERNANDEZ, Defendant. | Case No. 1:16-cr-00119-ADA-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER<br><br>DATE: December 14, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
|---|---|

The Parties have filed Plea Agreement to resolve this case. Accordingly, IT IS HEREBY STIPULATED between the parties that the case can be set for a Change of Plea hearing before the Honorable Ana de Alba on October 24, 2022, at 8:30 a.m. The Parties have confirmed this date with the Court. The Status Conference scheduled for December 14, 2022, can be vacated. Time under the Speedy Trial Act has already been excluded through December 14, 2022, and there is no need for a further time exclusion.

///

///

///

1
2    Dated:  September 27, 2022          */s/ Michael Berdinella*
3                                          MICHAEL BERDINELLA
                                           Counsel for Pedro Hernandez
4
5    Dated:  September 27, 2022          */s/ Joseph Barton*
                                           JOSEPH BARTON
6                                          Assistant United States Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. PEDRO MIGUEL HERNANDEZ, Defendant. | Case No. 1:16-cr-00119-ADA-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER<br><br>DATE: December 14, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
|---|---|

**ORDER**

Upon the Parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on **October 24, 2022, at 8:30 a.m., before the Honorable Ana de Alba**. The Status Conference scheduled for December 14, 2022, is **VACATED**. Time under the Speedy Trial Act has already been excluded through December 14, 2022.

IT IS SO ORDERED.

Dated: **September 28, 2022**          /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

4