Michael W. Berdinella
Law Offices of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA 93704
(559) 436-8000
Fax: (559)436-8900
Email: attyberdinella@gmail.com

Attorney for Defendant PEDRO MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**PEDRO MIGUEL HERNANDEZ**,<br><br>Defendant | **Case No.:** 1:16-cr-00119-ADA-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>**DATE:** January 23, 2023<br>**TIME:** 8:30 a.m.<br>**COURT:** Hon. Ana De Alba |

**TO: THE HONORABLE ANA DE ALBA, JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**COUNSEL** for Defendant Pedro Miguel Hernandez and United States Attorney Joseph Barton, on behalf of the Government of the United States, so hereby jointly request that the matter of Sentencing be continued until February 27, 2023. Both Counsel believe good cause exists due to the fact that Probation Office does not have a full compliment of Supervisors available to review and approve the Presentence Reports. The Draft Presentence Report for Defense Counsel's Informal Objections was due on December 12, 2022. Defense Counsel still has not received said Draft Report. Counsel spoke to Benjamine Roberts, the Probation Officer,

1 who informed him that the Probation Office has not been able to prepare said Presentence Report
2 in the time frame previously contemplated, making the previously set Sentencing date of January
3 23, 2023, impossible. The Probation Officer stated the date of February 27, 2023 that Sentencing
4 would be acceptable since the Probation Office would not be able to provide the Presentence
5 Report as expected and have it ready for Counsel to lodge his Informal Objections until the week
6 of December 19 at the earliest or sometime thereafter.

7     Therefore, all parties agree it is necessary that this matter be continued for good cause. It
8 is the joint request of both the Government and Counsel for the Defense that the Sentencing be
9 continued until February 27, 2023. The Probation Officer will prepare a new list of dates for
10 Counsel to file Informal Objections, Government Responses, Defense Formal Objections and
11 Government Reply at a later time.

12     Respectfully submitted,

Dated:  12/16/2022

                                                          __/S/  Michael W. Berdinella_____
                                                          Michael W. Berdinella
                                                          Attorney for Defendant
                                                          PEDRO MIGUEL HERNANDEZ


                                                          __/S/  Joseph Barton_____
                                                          Joseph Barton
                                                          Assistant United States Attorney

## **ORDER**

Good cause appearing, it is Ordered that the date for Sentencing of January 23, 2022 is vacated and the Sentencing date reset to February 27, 2023.

IT IS SO ORDERED.

Dated: _____December 19, 2022_____
UNITED STATES DISTRICT JUDGE