Michael W. Berdinella
Law Offices of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA 93704
(559) 436-8000
Fax: (559)436-8900
Email: attyberdinella@gmail.com

Attorney for Defendant PEDRO MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**PEDRO MIGUEL HERNANDEZ**,<br><br>Defendant | Case No.: 1:16-cr-00119-ADA-BAM<br><br>**ORDER FOR RELEASE AND TRANSPORTATION TO TEEN CHALLENGE, REEDLEY, CALIFORNIA** |

UPON GOOD CAUSE BEING SHOWN, it is the Order of this Court that PEDRO MIGUEL HERNANDEZ, DOB 02/27/1987, Fresno County JID# 7109588, United States Marshal's #02813-509, be released from the Fresno County Jail on March 13, 2023 at 8:00 a.m. to a representative of Teen Challenge for transportation to Teen Challenge, 42675 Rd 44, Reedley, CA, 93654, Telephone (559) 387-5132, from the Fresno County Detention Center for admission into the rehabilitation program there.

///

///

///

ORDER FOR RELEASE AND TRANSPORTATION TO TEEN CHALLENGE, REEDLEY, CALIFORNIA - 1

Mr. PEDRO MIGUEL HERNANDEZ will remain released from custody and be on Supervise Release, and will reside at the Teen Challenge in Reedley, California until further Order of this Court.

IT IS SO ORDERED.

Dated: March 8, 2023

UNITED STATES DISTRICT JUDGE