1  Michael W. Berdinella SB#085038
   Law Office of Michael Berdinella
2  726 W. Barstow, Suite 100
   Fresno, CA 93704
3  Telephone: 559-436-800
   Facsimile: 559-436-8900
4

5  Attorney for Defendant Pedro Miguel Hernandez

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  **UNITED STATES OF AMERICA,**          No.  1:16-CR-00119-ADA-BAM

12              **Plaintiff,**

13       **v.**                            **MOTION TO TERMINATE CJA
                                           APPOINTMENT OF MICHAEL W.**
14  **PEDRO MIGUEL HERNANDEZ,**            **BERDINELLA AS ATTORNEY OF RECORD
                                           AND ORDER**
15              **Defendant.**

16

17

18

19          On July 28, 20216, Defendant Pedro Miguel Hernandez was indicted on federal charges.

20  CJA Panel Attorney Michael W. Berdinella was appointed as trial counsel to represent Mr. Pedro

21  Miguel Hernandez on January 31, 2022 in his Federal Case.  Mr. Hernandez was sentenced

22  pursuant to a Plea Agreement on February 28, 2023. Mr. Hernandez was in custody at sentencing.

23  Having completed his representation of Mr. Hernandez, CJA attorney Michael W. Berdinella now

24  moves to terminate his appointment under the Criminal Justice Act.

25          Should Mr. Hernandez require further legal assistance he has been advised to contact the

26  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

27  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-

28  free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated:____04/03/2023_____                    Respectfully submitted,


                                                    /s/  Michael W. Berdinella_____
                                                    Michael W. Berdinella
                                                    Attorney for Pedro Miguel Hernandez



## ORDER

        Having reviewed the notice and found that attorney Michael W. Berdinella has completed

the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's

request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further

legal assistance, Defendant is advised to contact the Office of the Federal Defender for the

Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone

number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the

office will arrange for the reappointment of counsel to assist Defendant.

        The Clerk of Court is directed to serve a copy of this order on Defendant Pedro Miguel

Hernandez at the following address and to update the docket to reflect Defendant's pro se status

and contact information.

Pedro Miguel Hernandez
Teen Challenge
P.O. Box 391
Reedley, CA 93654



IT IS SO ORDERED.

    Dated:   April 4, 2023

                                        _____
                                        UNITED STATES DISTRICT JUDGE